No. 273, Misc. SPENCER *v.* TEXAS. Appeal from Ct. Crim. App. Tex. Motion for leave to proceed *in forma pauperis* granted and further consideration of the question of jurisdiction in this case postponed to the hearing

of the case on the merits. The case is transferred to the appellate docket and set for oral argument immediately following No. 128, Misc. *Louis V. Nelson* for appellant. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender, Charles B. Swanner* and *Gilbert J. Pena*, Assistant Attorneys General, for appellee. ▆▆▆▆▆